UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA K. CURRY | : | NO. 3:21-CV-00221 (SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PALMETTO SURETY CORPORATION, | : | |
| 24/7 BAILBONDS, LLC, WILLIAM | : | |
| SOBOTA, and JERRY CAO | : | |
| *Defendants* | : | JULY 9, 2021 |

## APPEARANCE

Please enter the Appearance of Joseph B. Burns, Fed. Bar No. ct00403, on behalf of the Defendants Palmetto Surety Corporation, 24/7 Bailbonds, LLC, William Sobota and Jerry Cao.

          PALMETTO SURETY CORPORATION,
          24/7 BAILBONDS, LLC, WILLIAM
          SOBOTA and JERRY CAO,

          By: /s/ Joseph B. Burns
              Joseph B. Burns
              Fed. Bar No. ct00403
              Rome McGuigan, P.C.
              One State Street, 21st Floor
              Hartford, CT 06103
              Tel. (860) 549-1000
              Fax: (860) 724-3921
              Email: jburns@rms-law.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/ Joseph B. Burns
                                           Joseph B. Burns

20200-1