# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA K. CURRY<br>    *Plaintiff* | NO. 3:21-CV-00221 (SRU) |
| v.<br>PALMETTO SURETY CORPORATION,<br>24/7 BAIL BONDS, LLC, WILLIAM<br>SOBOTA, and JERRY CAO<br>    *Defendants* | |

## MOTION OF THOMAS A. PLOTKIN TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Thomas A. Plotkin, attorney of record for Palmetto Surety Corp., 24/7 Bailbonds, LLC, William Sobota and Jerry Cao ("Movants"), and pursuant to Local Rule 7(e), hereby submits this Motion to Withdraw as Counsel for Movants, and requests that this Honorable Court enter an Order granting such withdrawal as counsel for Movants.

Attorney Plotkin has left the employ of Rome McGuigan, P.C., and the private practice of law, to take a position with the Connecticut Judicial Branch. Movants continue to be represented by Attorneys A. Ryan McGuigan and Joseph B. Burns, principal litigation attorneys with Rome McGuigan, P.C.

Based upon the foregoing, good cause exists to grant the undersigned's motion to withdraw. Movants consent to the relief requested herein.

**Rome McGuigan, P.C.**
One State Street-21st Floor, Hartford, CT 06103-3101 • (860) 549-1000• (860) 724-3921 fax

Respectfully submitted.

By _____
Thomas A. Plotkin
Fed. Bar No. ct27917

### CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, a copy of the foregoing was filed electronically (and served by mail upon anyone unable to accept electronic filing). Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system (or by mail to anyone unable to accept electronic filing). Parties may access this filing through the Court's system.

_____
Joseph B. Burns

20200-1/1007853