UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANNA K. CURRY,<br><br>    Plaintiff,<br><br>v.<br><br>PALMETTO SURETY CORPORATION,<br>24/7 BAILBONDS, LLC,<br>WILLIAM SOBOTA and JERRY CAO,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-00221(SRU)<br><br><br><br><br><br><br><br><br>AUGUST 16, 2022 |

### OBJECTION TO MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Plaintiff Anna K. Curry ("Plaintiff") hereby objects to Attorney Stephen J. Curley's ("Movant") August 2, 2022 Motion for Permission to Withdraw Appearance and states the following reasons:

    1.    Plaintiff engaged Movant in a flat fee contract to represent her in litigating this matter to resolution through trial. Movant has represented Plaintiff and driven the strategy of this case since January 2021, including the oversight of 12 depositions, full discovery, guidance to forgo expert handwriting witness, numerous interrogatories and admissions. Movant now requests permission to withdraw mere weeks before Plaintiff's deposition. Movant's withdrawal at this time before completing his contracted engagement will significantly disadvantage Plaintiff. Finding competent replacement counsel for this highly complex and unusual matter will be extremely unlikely to achieve at this juncture of the case, and even more difficult to do so in a manner that is not

financially burdensome to the claim at hand. Additionally, due to current circumstances, Plaintiff will not at this point be able to provide the commensurate amount of time to any replacement counsel that she devoted to Movant imparting the full breadth of information that was shared with Movant over a year-and-a-half; as a result, Plaintiff will be further disadvantaged as she will not be able to as effectively position any new counsel for representation as she was able to do so with Movant.

2. Movant states that Plaintiff has failed to follow Movant's advice in a timely way including matters relating to discovery, scheduling, and Rules 11 and 37. Plaintiff has followed Movant's advice since the beginning of the engagement and has committed to continue following Movant's advice in all matters going forward. Plaintiff acted promptly in line with Movant's instructions to fulfill discovery requests and modifications. Plaintiff has without fail made herself readily available at Movant's convenience for all scheduling matters throughout the course of the engagement, including most recently awaiting the scheduling of Plaintiff's deposition since June 2022 at a time most convenient for Movant and Defendants.

3. Movant claims that Plaintiff has at times provided contradictory instructions and misinterpreted facts, and believes that Plaintiff does not possess "confidence and trust" in Movant. Plaintiff has worked very closely with Movant, at his discretion, to make sure she understands Movant's guidance and changes to strategy, and she has taken great care to educate herself through Movant to ensure she makes decisions that Movant requests of her to the best of her know how. Plaintiff ultimately defers to her attorney. Plaintiff has the utmost trust and confidence in Movant's expertise to represent her and has assured Movant of this in writing and through her actions. Plaintiff has

committed to Movant to interact with his representation in the manner that works best for Movant to fulfill the completion of his engagement.

    WHEREFORE, Plaintiff respectfully requests that Movant's Motion for Permission to Withdraw Appearance be denied.

                              THE PLAINTIFF
                              ANNA K. CURRY

                              */s/ Anna K. Curry*
                              Anna K. Curry

## CERTIFICATION

I hereby certify that this document was sent via electronic delivery this 16th day of August, 2022 to the following:

Stephen J. Curley, Esq.
Law Offices of Stephen J. Curley, LLC
Six Landmark Square, Fourth Floor
Stamford, CT 06901

Joseph Burns, Esq.
Rome McGuigan, P.C.
One State Street, 21st Floor
Hartford, CT 06103

Barrett R. Brewer, Esq.
PO Box 1847
510 Mill Street #2B
Mount Pleasant, SC 29465