# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA K. CURRY | : | NO. 3:21-CV-00221 (SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PALMETTO SURETY CORPORATION, | : | |
| 24/7 BAIL BONDS, LLC, WILLIAM | : | |
| SOBOTA, and JERRY CAO | : | |
| *Defendants* | : | JULY 10, 2023 |

## MOTION TO SEAL PORTION OF DEPOSITION TRANSCRIPT

Pursuant to Local Rule 5(e)(3) and Paragraph 14 of the Amended Protective Order entered June 1, 2022 (Doc. 75), the defendants Palmetto Surety Corp., 24/7 Bail Bonds, LLC, William Sobota, and Jerry Cao ("Defendants") hereby respectfully move the Court to seal a portion of the deposition transcript of Plaintiff Anna Curry. Specifically, the Defendants seek to submit under seal portions of Plaintiff's deposition transcript dated April 20, 2023[1], in support of their Motion for Summary judgment filed in this case.

The portions of the deposition transcript contain sensitive information in the form of intimate details of the Plaintiff's relationship with a non-party, Fotis Dulos. The Defendants request an order to seal the portion of this document to protect the private interest of the Plaintiff and the surviving members of Mr. Dulos,' and most specifically, his children who, on information and belief, still reside in the State of Connecticut.

The instant lawsuit, and the underlying arrest and subsequent suicide of Mr. Dulos, generated tremendous publicity on both a local and national level. It is feared that, should the materials sought to be submitted under seal be made publicly available, it will generate additional, unwanted, and unnecessary publicity likely to cause metal anguish for both the Plaintiff as well as surviving members of Mr. Dulos' family.

---

[1] The pages of the deposition transcript designated Confidential, and sought to be submitted under seal, are pages 66-87.

1

Pursuant to Local Rule 5(e)(1)(3), any order sealing a judicial document requires "particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." The sealing of the portion of the deposition transcript is "essential to preserve higher values and is narrowly tailored to serve that interest." <u>Kleftogiannis v. Inline Plastics Corp.</u>, 411 F. Supp. 3d 216, 232 (D. Conn. 2019); *See* <u>S.E.C. v. TheStreet.Com.</u>, 273 F.3d 222, 232 (2d Cir. 2001) ("[T]he privacy interests of innocent third parties . . . should weigh heavily in a court's balancing equation.") (quoting <u>United States v. Amodeo</u>, 71 F.3d 1044, 1050 (2d Cir. 1995)). <u>Kleftogiannis v. Inline</u> *supra*, 411 F. Sup. 233.

Pursuant to Local Rule 5(e)(4)(b), the undersigned has elected not to submit the documents sought to be sealed with this motion. Should the Court grant the instant motion, counsel would propose to e-file the portions of the transcript as sealed documents, as the nature of the materials sought to be filed under seal do not lend themselves to partial redaction.

Should the Court deem necessary, counsel will submit the deposition transcript to the Court for *in camera* consideration. *See* Local Rule 5(e)(4)(c).

WHEREFORE, it is respectfully requested that the Curry Dep. transcript be ordered partially sealed.

    PALMETTO SURETY CORPORATION,

    By: */s/ Barrett R. Brewer*_____

    Barrett R. Brewer, Es. – *Pro Hac Vice*
    Fed. Bar. No. sc8081
    Brewer Law Firm, LLC
    510 Mill Street, Suite 2B
    Mount Pleasant, SC 29464
    Telephone: 843-779-7454
    Fax: 843-779-7456
    Email: barrett@brewerlawfirmsc.com

    *and*

PALMETTO SURETY CORPORATION, 24/7 BAILBONDS, LLC, WILLIAM SOBOTA and JERRY CAO,

By: */s/ Joseph B. Burns*

Joseph B. Burns, Esq.
Fed. Bar. No. ct00403
Crumbie Law Group, LLC
100 Pearl Street, 12th Floor
Hartford, CT 06103
Telephone: 860-725-0025
Fax: 860-760-0308

Email: jburns@crumbielaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 10, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joseph B. Burns*
Joseph B. Burns