UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA K. CURRY | : | NO. 3:21-CV-00221 (SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PALMETTO SURETY CORPORATION, | : | |
| 24/7 BAIL BONDS, LLC, WILLIAM | : | |
| SOBOTA, and JERRY CAO | : | |
| *Defendants* | : | JULY 10, 2023 |

## DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the Defendants hereby moves for summary judgment on all claims contained in Plaintiff's Amended Complaint, on the grounds that that the undisputed material facts demonstrate, as a matter of the law, the Plaintiff cannot establish: 1) Standing to bring any of the causes of action plead; 2) that the surety bail bond issued by Defendants to Fotis Dulos is void ab initio; 3) that the Defendants, or any one of them, have been unjustly enriched; First Count); 4) that the Defendants converted Plaintiff's property (Second Count); 5) that Defendants are liable for civil theft, pursuant to Conn. Gen. Stat. § 52-564 (Third Count); 6) that Defendants are in breach of any implied contract (Count Four), or any covenant of good faith and fair dealing (Count Five); 6) or that Defendants committed any fraudulent, deceptive act, negligent misrepresentation, or civil forgery, under Count Six, Count Seven, or Count Eight,. Respectively, of the Amended Complaint.

In support of this motion the Defendant submits the attached Local Rule 56(a)(1) Statement and Memorandum of Law.

1

WHEREFORE, the Defendant respectfully requests that the Court grant them summary judgment as to the entirety of Plaintiff's Amended Complaint.

    Respectfully submitted,

PALMETTO SURETY CORPORATION,

By: */s/ Barrett R. Brewer*_____

Barrett R. Brewer, Es. – *Pro Hac Vice*
Fed. Bar. No. sc8081
Brewer Law Firm, LLC
510 Mill Street, Suite 2B
Mount Pleasant, SC 29464
Telephone: 843-779-7454
Fax: 843-779-7456
Email: barrett@brewerlawfirmsc.com

*and*

PALMETTO SURETY CORPORATION, 24/7 BAILBONDS, LLC, WILLIAM SOBOTA and JERRY CAO,

By: */s/ Joseph B. Burns*_____

Joseph B. Burns, Esq.
Fed. Bar. No. ct00403
Crumbie Law Group, LLC
100 Pearl Street, 12th Floor
Hartford, CT 06103
Telephone: 860-725-0025
Fax: 860-760-0308
Email: jburns@crumbielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023, the foregoing was filed electronically and was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent electronically to all registered E-filers in this case by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    */s/ Joseph B. Burns*_____
    Joseph B. Burns