1   me, and he did call me.

2       He was, frankly, just shocked at the size of

3   the bond.  And so, he spent a significant amount of

4   time distracted from the matter of hand which was

5   needed to secure his bond because of his shock at

6   the size of the bond.

7       Q    Had there been any discussions with Mr.

8   Motuzick prior to January 7th regarding the

9   potential need to obtain a new bond if and when

10  Mr. Dulos would be arrested for murder?

11      A    Yeah, I alluded to those a little earlier.

12      There were a couple, I remember at least two,

13  conversations that I was there as a bystander to,

14  they were between Mr. Motuzick and Mr. Dulos, in

15  which Mr. Dulos advised Mr. Motuzick that his

16  attorney advised him that if and when murder charges

17  were brought, that he would be assessed a five

18  million dollar bond.

19      I would say these conversations happened maybe

20  the end of September and October after the second

21  bond that Mr. Motuzick had helped with.  And during

22  those conversations, Mr. Motuzick said there's no

23  way you'll be assessed with a five million dollar

24  bond; it will never happen based on the history of

25  other cases in Connecticut.  Mr. Dulos reiterated

1    that this is what my attorney is telling me and it

2    will be a five million dollar bond.

3         And the conversation ensued as to what will be

4    done with that. And Mr. Motuzick said, we're all

5    good, we'll handle it; is generally what Mr.

6    Motuzick advised.

7         Q    And when he said you're good, we'll handle

8    it, did that mean that Mr. Motuzick would be able to

9    secure a five million dollar bond for Mr. Dulos in

10   that event?

11        A    Let me say I'm paraphrasing.

12        I don't know those exact words, but the

13   understanding was that Mr. Motuzick was confident

14   that he would handle the next bailbond for Mr. Dulos

15   if and when that time came.

16        Q    To the best of your recollection during

17   those one or two conversations that you overheard in

18   September of 2019 between Mr. Motuzick and

19   Mr. Dulos, was there any discussion about what, if

20   any, collateral or other -- strike that.

21        Was there any discussion with Mr. Motuzick at

22   that time about what the cost of such a bond would

23   be?

24        A    I think it was understood, you know, at

25   least to Mr. Dulos, what the cost would be from a

1    premium standpoint because he had gone through two

2    prior bonds.

3          It's possible, I think I recall, Mr. Dulos

4    probably did ask him about collateral but there was

5    no indication from Mr. Motuzick about what needed to

6    be provided in terms of collateral amounts, values,

7    et cetera, and it was pretty clear that there was no

8    collateral taken for the prior two bonds that Mr.

9    Motuzick secured for Mr. Dulos.

10         Q    With regard to the premium to be paid for

11   such a bond; during those discussions that you

12   overheard, was there any discussion of a specific

13   amount of money that would constitute the premium

14   for a bond of that size?

15         A    I think it was known to be, you know,

16   seven percent of the value of the bond.

17         Q    Okay.

18         A    I don't -- I mean, Mr. Dulos obviously

19   knew that from his prior bonds, therefore, I don't

20   know if they were necessarily talking about it

21   during those particular conversations, but I think

22   it was understood that it was known that there was a

23   point in time where Mr. Motuzick mentioned the

24   ability of paying a third of that amount up front, I

25   believe, for, I guess, what Connecticut allows for

1    that.

2        Q    So with regard to that, after Mr. Dulos

3    had these discussions -- strike that.

4        Along those same lines, were you ever privy to

5    any conversations between Mr. Dulos and Attorney

6    Pattis or Attorney Smith where the -- where it was

7    discussed that it was likely a five million dollar

8    bond would be placed on Mr. Dulos in the event he

9    was arrested for murder?

10       A    I was not in any of those conversations.

11       Q    Okay.

12       A    So it was only obviously that Mr. Pattis

13    had told Mr. Dulos and Mr. Dulos understood that

14    five million dollars was the number and that's what

15    he was trying to work with Mr. Motuzick around

16    preplanning for that.

17       Q    Did Mr. Dulos tell you about Attorney

18    Pattis's anticip -- or suggestion that five million

19    dollars would likely -- a five million dollar bond

20    would likely be required.  Did Mr. Dulos ever

21    discuss that information that he had gotten from

22    Attorney Pattis from you prior to you overhearing

23    the discussion between Mr. Dulos and Mr. Motuzick,

24    if you can recall?

25       A    Yeah, that -- I don't recall that.

1      I think the point in bringing that up is Mr.

2  Motuzick was at the home and helping, I think, with

3  some other -- he was helping him move furniture or

4  something of that nature and the conversation about

5  the potential future bond came up.

6      Q    Did Mr. Motuzick and Mr. Dulos have a

7  relationship outside the bondsman and defendant

8  arrangement?

9      A    They seemed to develop some level of

10  friendship, yes, after the second bond in September.

11      I'm interpreting -- I don't know if the two of

12  them would have said there was a friendship, I'm

13  just interpreting what I saw; Mr. Motuzick help move

14  furniture at one point in time for Mr. Dulos.

15      I think Mr. Motuzick was getting involved in a

16  natural gas business dealing and so provided --

17  started providing Mr. Dulos with -- maybe it was a

18  friend of his, but Mr. Dulos started purchasing his

19  natural gas through Mr. Motuzick's contact or this

20  business partner.

21      Q    Okay.

22      A    Those are just things that I happened to

23  see.

24      What else might have gone on with their

25  relationship?  I don't know.

1    Q    After you had -- you overheard these

2    discussions between Mr. Motuzick and Mr. Dulos, did

3    you and Mr. Dulos discuss the nature of such a bond

4    in the event he was to be arrested for murder and

5    how he was going to pay for that bond?

6    A    We did not.

7    Q    With regard --

8    A    It was understood that Mr. Motuzick had it

9    covered, was kind of the -- what was left off

10   with --

11   Q    Okay.

12   A    -- would have it covered.

13   Q    How that was to be paid for was not

14   discussed between you and Mr. Dulos?

15   A    No.

16   Q    I apologize.  I think you said that there

17   was some -- there was some discussion about the need

18   for possible collateral that was mentioned during

19   these two conversations that you overheard or not?

20   A    I think Mr. Dulos brought that up as part

21   of the planning for the bond.

22   Q    And what was Mr. Motuzick's response to

23   that?

24   A    Again, it was, we've got it covered.

25   Generally -- again, I'm not quoting Mr. Motuzick,

1  but the message was, you know, I've got it -- we'll

2  handle it.

3       Q    Was he -- did you understand that to mean

4  that Mr. Dulos would not be asked to provide

5  collateral?

6       A    I wasn't thinking about it at that time.

7  I mean, it wasn't my responsibility, so it was Mr.

8  Dulos's responsibility, so I just moved on; I didn't

9  put thought into it.

10      Q    Okay.

11      A    And I don't know that Mr. Dulos put much

12  more thought into it beyond that either.

13      Q    That anticipates my next question being

14  after these conversations that you overheard and

15  there was some mention of collateral, after that

16  point in time did you -- and prior to January 7th --

17  do you recall having any discussions with Mr. Dulos

18  about the potential need to secure collateral for a

19  potential large bond?

20      A    There were no discussions about the

21  potential pending bond that would be affiliated with

22  potential coming -- additional charges.

23      Q    Okay.

24      A    There were no discussions after that.

25      I was busy with work.  Mr. Dulos's sister

1   arrived to town. The holidays hit. And, you know,

2   Mr. Dulos did share with me that Mr. Pattis advised

3   him that they were not anticipating an arrest before

4   the middle of January, which obviously did not

5   occur. So we certainly weren't having any

6   conversations about that matter.

7       Q   Do you recall whether or not you were ever

8   present during a conversation between Mr. Dulos and

9   Mr. Pattis and/or -- Attorney Pattis and/or Attorney

10   Smith between September of 2019 and January of 2020

11   regarding a bond that might need to be secured in

12   the event of a murder, arrest, how much it would

13   cost, or collateral?

14       A   No. I was not in those conversations with

15   Attorney Pattis or Attorney Smith.

16       Q   All right. Getting back to your initial

17   communication with Mr. Motuzick on the morning -- or

18   at some point during the day of January 7th, 2020,

19   you said that you recall that there was some text

20   messages that you had with him as well as phone

21   conversations, is that correct?

22       A   That's correct.

23       Q   And Mr. Motuzick, apparently, had

24   indicated in September of 2019 to Mr. Dulos that,

25   don't worry, I'll have a five million dollar bond

1  covered, don't worry about it, or in sum and

2  substance, is that fair to say?

3       A    I think the spirit of if was maybe two

4  points, if we can organize it in that fashion.

5       Q    Okay.

6       A    Again, Mr. Motuzick did not believe that a

7  five million dollar for a murder on this woman whose

8  body had not been located would be in excess; that's

9  just what he seemed to convey.

10      Mr. Dulos would say, well, my attorney is

11  advising me that this is what is going to be

12  assessed; these charges.

13      So there was a lot of, well, it will never

14  happen from Mr. Motuzick; he just didn't think it

15  will happen.  But secondly, okay, well, you know,

16  we'll take care of it, we'll take care of it.

17      Q    Okay.

18      A    So whether or not he intended to convey

19  that he was going to take care of a five million

20  dollar bond or if he was more on the point of, this

21  will never happen, I'm not even going to think about

22  a five million dollar bond.

23      Q    Okay.  And I think your earlier testimony

24  was that when you initially informed Mr. Motuzick of

25  the bond, he was surprised of the amount?

1     A     He was quite surprised.  It wasn't even

2   five million dollar, now it was six million.

3     Q     Okay.

4     A     Yeah.  He was quite astounded.

5         Anyway, I just tried to say let's move forward

6   and this is the facts of reality and what needs to

7   be done.

8     Q     Okay.  And after he got over his initial

9   surprise at the amount, what was his response with

10  regard to his ability to post such a bond for

11  Mr. Dulos?

12    A     He really started to -- sort of indicating

13  what he needed.

14        So I was in the airport on the way back to me

15  flying up to Connecticut, so he mentioned what

16  amount of premium -- cash premium deposit would be

17  needed.  He asked for -- if there's information

18  about Mr. Dulos's financial assets that could be

19  shared.  Then he said, I'll call Mr. Pattis and we

20  can touch base when you land.

21    Q     Okay.

22    A     But there were a lot of conversations and

23  that this is sort of a mishmash of the things that

24  were communicated back and forth.

25    Q     Okay.  But at some point during that --

1   during the January 7th, January 8th timeframe, you

2   recall having those discussions with Mr. Motuzick?

3       A    I do.

4       The discussions went on -- I think it's

5   probably -- it would be in my messaging.  I don't

6   know if it was 11, maybe it was 10:30.  They went on

7   from 10:30 all the way through the afternoon through

8   the night of January 7th, through the morning of

9   January 8th, all the way through to the early

10  evening of January 8th.

11      Q    And do you recall when you were having

12  this conversation with Mr. Motuzick when he

13  mentioned the bond premium, did he give you a figure

14  right then and there as to what it would be?

15      A    That I don't recall if he gave me -- I

16  went to the bank and got a cashier's check that

17  afternoon made out to him for $125,000.

18      So, you know, he must have said that that

19  amount was needed.  I don't know, but he did

20  indicate the size of the bond and the seven percent

21  figure as a premium fee.

22      Q    Okay.

23      A    We can all do the math on that.  So that

24  was --

25      Q    You perhaps easier than I can.

1     A    Maybe not anymore.  Maybe years ago.

2     Q    And you had mentioned earlier that Mr.

3 Motuzick had mentioned that with the seven percent

4 premium, that a defendant would be able to pay one

5 third of that seven percent as an initial payment

6 and pay the balance at some later point, is that

7 correct?

8     A    That is the understanding, yes.  So that

9 was an option, yes.

10    Q    Okay.  And with regard to the -- I think

11 you said you secured a bank check for $125,000?

12    A    Yeah, a cashier's check.

13    Q    Payable to Mr. Motuzick in anticipation of

14 paying that bond premium, is that fair to say?

15    A    It was made payable to Capital Bailbonds.

16    Q    That's his company?

17    A    That's his company, yes.

18    Q    And did he give you that specific figure

19 of $125,000 or was that you kind of doing the math

20 as to what one third of the premium would be?

21    A    I don't recall from a logistics standpoint

22 that that was, you know, an amount that I had

23 available in my savings account.  I don't recall how

24 I came up with it; he may have given me that number.

25 I just don't recall.

1    Q    And how did it come about that you were

2    the person, before you even left North Carolina,

3    that was securing a check for $125,000 payable to

4    Capital Bailbonds as opposed to Mr. Dulos paying

5    that money?

6    A    Well, as I discussed earlier, the

7    circumstances around Mr. Dulos's arrest were, you

8    know, everyone was caught unaware.  He was given

9    about 20 minute's notice, 30 minutes, give or take.

10   Q    And this is with regard to the January 7th

11   arrest?

12   A    It is, yes.

13        So there was no opportunity -- he had no

14   opportunity really to plan in any fashion.

15   Q    Okay.

16   A    His own criminal defense attorney did not

17   know that he was being arrested, he was told by

18   another one, some other source.

19        So it did happen very quickly.  My

20   understanding -- I was not there, but, again, his

21   sister was there with their young grandchild and his

22   brother-in-law, and I think sort of chaos, I think,

23   ensued about what's going to happen and how is his

24   sister going to get back to Greece?

25        I think maybe Mr. Pattis said, look, they may

1    seize your cars and this -- so I don't know.

2        So I think it was just sort of a chaotic sense

3    is I got from Mr. Dulos on the telephone when he

4    called me.

5        Q    And when he did call you amidst that

6    situation, did you have any discussion with him at

7    that time that he had asked you to contact his bail

8    bondsman.

9        Was there any discussion with Mr. Dulos at that

10    time where he either asked you or you offered to

11    provide the initial premium payment?

12        A    No.

13        Q    During your conversation -- one or more

14    conversations with Mr. Motuzick on the morning of

15    January 7th, when there was discussion about what

16    the premium might be and the need for Mr. Motuzick

17    to receive a premium in order to post a bond, at

18    what point did you offer to -- strike that.

19        At what point was it decided that you would be

20    securing a check for $125,000 payable to Capital

21    Bailbond for that purpose?

22        A    At what point was it --

23        Q    Discussed.

24        Strike that.

25        Let me rephrase it.

1        During your conversation or conversations that

2    morning of January 7th, was it discussed with Mr.

3    Motuzick that you would be getting a cashier's check

4    in North Carolina payable to Capital Bailbonds and

5    bring it with you to Connecticut?

6        A    I didn't say that.  I don't believe I said

7    that the check was secured in North Carolina.

8        Q    Excuse me?

9        A    I landed in Connecticut.  Went to the Bank

10   of America in Connecticut.  I wouldn't travel

11   anywhere -- I wouldn't want to travel anywhere with

12   $125,000 cash; some people may feel comfortable with

13   that.

14       With Mr. Motuzick, it's a matter of indicating

15   this is what's going to be needed.  I had that

16   amount in my savings account.

17       Previously it had been decided back in November

18   or October, Mr. Dulos had said that these attorneys

19   would try to, if and when these charges were brought

20   for murder, that they had made the decision that

21   they would try to bond him out rather than keeping

22   him incarcerated.  So that was a decision that had

23   been made.

24       There was personal discussions, you know, with

25   the sister and me and other, you know, friends of,

1   you know, shall we do this?  Should I stay in jail

2   for a period of time?  Maybe have the bond

3   negotiated down, et cetera, but what have you.

4        And I think, you know, everyone in his life

5   decided that the path forward would be to try to

6   release him on a bailbond.

7        And so, that was the path that was being

8   pursued when he was notified of the arrest on

9   January 7th.

10       Q    Okay.

11       A    And then it became a really logistical

12  matter because he was not able to plan -- he would

13  have been able to plan but he did not take steps to

14  plan, given that the holidays were there, his family

15  was there, and he had been told that any additional

16  charges would not come before the middle of January.

17       Q    So in September of 2019, when there was

18  discussion about -- I'm going to say the likelihood

19  that murder charges would be brought, is that fair

20  to say?

21       A    I think that's fair.

22       I think if you asked Attorney Pattis and

23  Attorney Smith, they would probably say -- I don't

24  want to speak for anyone else -- but I think they

25  did in their deposition that they had advised

1   Mr. Dulos that it was probably inevitable.

2       Q     And in any event, that resulted in you

3   having discussions with Mr. Dulos and his family

4   members and friends of his concerning the decision

5   as to whether or not he should even post such a bond

6   in the event that he was murdered (sic), is that

7   right?

8       A     I think you misspoke.  You said in the

9   event that he was murdered.  I think you meant in

10  the event that he was arrested.

11      Q     I did mean that.  I apologize.

12      A     So there were conversations, you know --

13  part of I think the context here is that Mr. Dulos,

14  when he was arrested in June 2019, I believe he sat

15  in jail for about two weeks on a $500,000 which he

16  could have gotten out on for about $11,000.

17      And so, I was not there during that time but

18  what I picked up on, I think that was a very

19  difficult time for him to sit in jail for two weeks.

20  And so, that experience, I think, you know, had an

21  effect on him.

22      And then as things worsened, I think it was

23  partially a decision for himself mentally, as his

24  attorneys were well aware of that, you know, to go

25  ahead and try to bond him out as quickly as would be

1  possible to do so.

2      Q    Okay.  So am I correct that based on your

3  testimony, I just wanted to get clear that, in this

4  September timeframe when this was being discussed

5  with -- when Mr. Dulos had these discussions with

6  his attorneys and then there were subsequent

7  discussions with you, family, friends about whether

8  or not that's a good idea, who did you personally

9  have those discussions with about whether or not it

10  would be an appropriate thing to bond Mr. Dulos out

11  if and when he was arrested for murder?

12      A    Well, I just want to be careful the way

13  you phrased it.  There weren't discussions about me

14  bonding him out at any time.

15      Q    Okay.

16      A    I know you didn't say that but it kind of

17  sounded that way.

18      Q    Okay.

19      A    So the discussions about whether or not he

20  would try to be bonded out, I remember there was a

21  dinner that we had with his sister one night when

22  that was talked about, it may have been talked about

23  with his niece at some point in time, but it wasn't

24  a -- I wouldn't say it happened more than one or two

25  times; it wasn't a heavily focused matter.

1     Q   I'm sorry.  I didn't mean to interrupt.

2     A   Go ahead.

3     Q   I think you mentioned that in addition to

4 yourself and family members, there were other

5 friends that may have weighed in on this issue at

6 that time?

7     A   Mr. Dulos had maybe two friends that were

8 available to him at that time that were in the U.S.,

9 and so, it's possible -- I don't know if we did

10 discuss it together with those two friends.

11    Q   And who were those two friends that you're

12 thinking of?

13    A   Guillaume Viadllet was a friend of his,

14 and another gentleman named Carlos Gendron.  One was

15 in New York, one was in Connecticut.

16    Q   I'm going to be asking you, on behalf of

17 our Court Reporter, to spell both those names, if

18 you know how.

19    A   Guillaume is G-U-I-L-L-A-U-M-E, and the

20 last name is V-I-D-A-L-L-E-T.  And the other one is

21 Carlos Gendron.  C-A-R-L-O-S, and the last name is

22 G-E-N-D-R-O-N.

23    I just want to be, I'm not sure there were

24 conversations held with those individuals, but it's

25 possible that there were in passing that

1    conversations were held.

2        Q    So I take it from that response, you did

3    not have any discussions with those two gentlemen

4    concerning the bond issue?

5        A    Not that I recall.

6        Q    Okay.  Now, when there was a -- the

7    discussions that you were engaged in with Mr. Dulos

8    and his family members on one or two occasions and

9    there was a consensus reached that, yes, Dulos --

10   Mr. Dulos should try to bond himself out in the

11   event that he was arrested for murder.  At that time

12   was there any discussions amongst you, Mr. Dulos,

13   and the family members as to how that would be paid

14   for?

15       A    No.

16       Q    Okay.  Were you -- again, during this

17   timeframe of September 2019, were you present during

18   any discussions between Mr. Pattis and/or Mr. Smith

19   with Mr. Dulos where the issue of the amount of a

20   bond was discussed in the event he would be charged

21   with murder?

22       A    As I said before, there were no times

23   prior to his arrest that Mr. Pattis directly said to

24   me or in my presence anything about the bond or the

25   bond amount.

1     Q    Okay.

2     A    The same with Mr. Smith.

3     Q    Now, just back now to your discussions of

4 January 7th and your securing the cashier's check

5 for Mr. Motuzick.

6     Was there any -- strike that.

7     Did you specifically tell Mr. Motuzick that

8 when I arrive in Connecticut, I will secure a check

9 for $125,000 and deliver it to you?

10    A    I think it was -- I think I did let him

11 know, well, I'll go ahead to the bank and at least

12 get part of the amount that is required.

13    Q    And when you made that statement to Mr.

14 Motuzick, is it your testimony that prior to

15 representing to him that you were going to do that,

16 that you had no discussions with Mr. Dulos

17 specifically with regard to you securing your own

18 funds to pay for a potential bond?

19    A    That's correct.

20    Q    Okay.

21    A    And at no time did Mr. Dulos ask me to do

22 this for him; we had no discussions about it.

23    Q    Did you have a discussion -- besides the

24 discussion that you and Mr. Motuzick had, did you

25 discuss that with any other party before you went

1    and got the money?

2        A    When I landed in Connecticut back to his

3    home, his sister was there and she, obviously,

4    was -- everyone was -- this was sort of their focus.

5    And so, I think by that time Mr. Motuzick had had

6    conversations with Mr. Pattis.

7        Mr. Motuzick also had connections with Mr.

8    Dulos's nieces, who I mentioned before, Angelika and

9    Kleia, and so I believe that they were contacting

10   Mr. Motuzick as well, you know, trying to see how

11   they could help.

12       When I landed and got back to the house, his

13   sister, Ms. Kryimis, was aware that I was going to

14   the bank to get that check and in discussions of

15   what Mr. Motuzick was asking for and sort of what

16   steps were being taken.

17       So where I think a few parties were involved in

18   trying to help move the matter along but primarily I

19   think it should have been on the attorneys, Attorney

20   Pattis and Smith since they would have had the most

21   experience in this matter, in this type of matter.

22       Q    So you flew from North Carolina that

23   morning to Connecticut.  Did you fly into Hartford

24   or New York?

25       A    I always flew into BDL, yes.

1    Q    And did you go directly to the bank to get

2    the check or did you go to the Farmington -- Mr.

3    Dulos's home upon arriving in Connecticut?

4    A    I went to the home first, yeah.

5    Q    All right.  And when you arrived there, it

6    was your understanding that that between the time

7    you had gotten on the airplane and the time you

8    arrived at the home, that Mr. Motuzick had had some

9    communications with Mr. Dulos's sister, Rena,

10   concerning the bond, is that fair to say?

11   A    I don't know if Mr. -- I don't think

12   Mr. Motuzick had conversations with Ms. Kyrimis.

13   Q    Okay.

14   A    I -- what I had said was that he was asked

15   to call Mr. Pattis and Mr. Pattis was asking that --

16   Mr. Motuzick, I think, was asking me to have

17   Mr. Pattis call him and Mr. Pattis was asking me to

18   have Mr. Motuzick call him.  So, I think by the time

19   I landed, they had had a conversation.  I was not

20   privy to any conversations between Mr. Pattis and

21   Mr. Motuzick.

22   Q    Okay.

23   A    And then also, again, his nieces in -- his

24   one niece and her husband in Athens were also trying

25   to start helping with the matter.

1    Q    Okay.

2    A    So they were in contact with Mr. Motuzick,

3    trying to see what was needed.

4    Q    Okay.  So is it your testimony that when

5    you arrived at Mr. Dulos's house and spoke to his

6    sister, that she -- by the time you had arrived, she

7    was already aware of the amount of the bond and

8    efforts to secure that bond?

9    A    I cannot say what she would have been

10   aware of at that point in time.  I would imagine she

11   was, given that she was at the home with Mr. Dulos

12   when this was happening -- when the arrest was

13   happening.

14        I did not speak with her, I believe, until I

15   landed, so I didn't convey -- I mean, they were on

16   the ground when the original source of information

17   sprung, I was not.  So, I would imagine she was

18   familiar, but I can't speak to what she would have

19   known at that time.

20   Q    By the time you arrived at the house, is

21   it your understanding that Mr. Dulos's nieces were

22   already aware of the bond?

23   A    That I can speak to because I believe they

24   had sent me a message about it, yes.

25   Q    Okay.  And to your understanding, what

1   efforts or what -- strike that.

2       You had mentioned earlier that the nieces were

3   inquiring as to what they could do to assist

4   Mr. Dulos, is that correct?

5       A    I think generally -- I don't know if to

6   say "inquiring as to what they could do."  I mean, I

7   think -- you know, they were obviously in

8   Mr. Dulos's life at the first arrest and the second

9   arrest and so, you know, I imagine that they were

10  involved when he was first arrested in June 2019,

11  when he ended up sitting in jail for two weeks.

12      I don't know what went on during that time, but

13  obviously Mr. Dulos had the ability to get out of

14  jail.  He had $11,000 in cash or $15,000, whatever

15  the one-third amount would have been.  And I don't

16  know why, but that never happened.  It took two

17  weeks to happen.  His family in Greece were involved

18  and it was, I guess, a mishap, so there was an

19  effort from there to try to make sure something of

20  that nature did not go awry again.  So his niece

21  Angelika sort of took on a role where she was going

22  to try to be as helpful as she could.

23      For the -- my understanding after the fact, for

24  the June arrest, was that they did work with some of

25  his friends -- I think mostly in Greece, maybe in

1    New York -- to raise funds to help him for that

2    particular -- again, I was not there so I cannot

3    speak correctly to that, but -- and his niece, I

4    think, had helped with that matter to some degree

5    before and so they sort of knew, I guess, some of

6    the process.  And I believe they were maybe even

7    speaking with some of his friends again in Greece to

8    see if they could help through the friends raise

9    funds or other matters.

10       Q    Okay.  Just to circle back briefly to the

11   discussions in September of 2019 about anticipating

12   the bond and deciding that Mr. Dulos would try to

13   post a bond to get himself out of jail.

14       Were the nieces involved in those discussions

15   at that time in September of 2019?

16       A    The one conversation I remember, you know,

17   vividly was dinner with -- at his home with myself,

18   Mr. Dulos, and his sister.  And the nieces were not,

19   you know, at that dinner.

20       Q    Okay.  Between September of 2019 and

21   January 7th, 2020, did you have any discussions with

22   either one of the nieces, either by telephone or

23   when they came over to visit, about this, you know,

24   looming likely arrest on murder charges and the need

25   to bond Mr. Dulos out in the event that he was so

1   charged?

2       A    You know, Mr. Dulos and his family's life

3   was pretty much focused on the criminal charges that

4   he was living through, so there were numerous

5   conversations, give or take, on a daily or

6   every-other-day basis sometimes about, you know, the

7   criminal charges and what was the latest thing in

8   the news, et cetera.  I can't, you know, specify to

9   you what days those might have happened, how often

10  they happened, but specific to the bonds there were

11  not any -- that I recall, any specific conversations

12  that I had specific to this potential coming bond

13  with his nieces during that timeframe that you

14  specified.

15      Q    Okay.  I just want to make the record

16  clear.

17      Is it your testimony that to the best of your

18  knowledge between September of 2019 when Mr. Dulos

19  and you and family members agreed that it would be

20  in his best interest to bond himself out if and when

21  he was charged with murder and when the murder

22  charges came down in January of 2020, that you are

23  aware of no discussions between Mr. Dulos or any

24  party concerning how such a bond was going to be

25  paid for?

1      A      When you say how it was going to be paid

2    for, what do you mean?

3      Q      Who was going to go pay the bond premium.

4      A      Correct.   There were none.

5      Q      There were none?

6      A      None that I was party to, no.

7           In terms of how he was going to pay the

8    specific cash premium?

9      Q      Correct.

10      A      That I recall.  I don't recall any.

11      Q      Okay.

12      A      I feel like you're trying -- you're

13    tricking me to --

14      Q      No, I'm not trying to trick you, ma'am.

15    I'm simply trying to establish what occurred.

16      A      Yeah.  No, not that I recall during that

17    timeframe.

18           Again, I'll describe for you sort of how it

19    went down.

20           There were a couple of conversations with

21    Mr. Motuzick that he was going to handle the bond

22    and it was kind of -- this is not an official

23    term -- maybe loosey-goosey.

24           You know, Mr. Motuzick didn't think it was

25    going to be a $5 million bond, Mr. Dulos was trying

1    to say it was a $5 million bond, and then it kind of

2    moved on from there.

3        Q    So despite those conversations, the

4    agreement that was reached that he should be bonded

5    out, the concern expressed in the weeks and months

6    leading up to January 7th that this could happen,

7    there was no discussion as to how the bond would be

8    paid for?

9        A    That's correct.

10       Q    Okay.

11       A    And let me see if I can describe some

12   additional context for you.

13       There was not a great deal of focus once his

14   sister arrived on October 31st.  I don't know what

15   went on during the day.  I was working a job that

16   was somewhat on -- partly on West Coast hours as

17   well.  So whatever Mr. Dulos did during the day with

18   his sister, I don't know, but their -- you know, the

19   focus was largely on spending time with his sister.

20       And then the holidays came around and so

21   their -- he was -- Mr. Dulos was obviously meeting

22   with his attorneys.  I don't know what he was fully

23   discussing with his attorneys, but there just wasn't

24   a tremendous amount of focus on a forthcoming murder

25   charge and therefore there was not the focus on a

1    bond that would be related to a potential

2    forthcoming murder charge.

3         Frankly, I believe that Mr. Dulos had belief

4    and obviously hope that a murder charge would not be

5    coming.  So that might have been part of, you know,

6    why there wasn't this discussion.

7         Q    Okay.  Now, you did mention that the

8    nieces, one or both of them, were involved to some

9    degree in June of 2019 when Mr. Dulos was arrested

10   for the second time with regard to securing that

11   bond.  Is that your testimony?

12        A    The first time, or the second time?

13        Q    Well, the June arrest was the second

14   arrest.

15        A    That was the first arrest, the June

16   arrest.

17        Q    Oh, the second arrest was in September.

18        A    Yes.

19        Q    Excuse me.  You're correct.

20        A    Yeah.  I wasn't there in June, so, again,

21   this was -- I can't speak for what they did or

22   didn't do.

23        Q    Okay.

24        A    But what I learned was that, you know,

25   there were some friends that put forward some funds

1    and I think his niece was, you know, part of helping

2    with that.

3         Q    Okay.

4         A    Again, that's just -- I didn't see it, I

5    wasn't there, I wasn't in the middle of it, so.

6         Q    Okay.  Based on conversations that you did

7    have with either Mr. Dulos or the family members

8    during this time period of June through the end of

9    December of 2019, did you ever -- were you ever

10   informed or did you ever come to learn that any of

11   his family members actually paid money for bond

12   premiums either in June or September of 2019?

13        A    I don't know who the people were that put

14   forth the funds in June of 2019.

15        Q    Okay.

16        A    I don't know who all did that.

17        Q    Okay.

18        A    I didn't take an accounting of it and I

19   didn't ask who they were.

20        Q    Sure.

21        A    I mean, it seemed like there was a friend

22   in New York that maybe -- a Greek friend in New York

23   that maybe helped to try to secure some funds from

24   some of the friends in Greece, and I think there

25   were some of those funds left over by the time the

1   September arrest came around, but possibly I

2   shouldn't speculate because I was not involved

3   firsthand in those matters.

4      Q   Okay.  But in any event, it is -- it is

5   your understanding with regard to the June and

6   September bonds that individuals other than

7   Mr. Dulos himself paid for some or all of the

8   premiums to purchase those bonds to get him out of

9   jail?

10      A   My understanding was -- and again, I can't

11   vouch for it.  It's just my understanding that was

12   passed along to me that there were funds that had

13   been raised in June of 2019 to some extent to help,

14   you know, contribute to Mr. Dulos's -- whatever was

15   going on -- criminal trial, criminal matters, the

16   bond -- but I didn't see it firsthand, I wasn't in

17   any conversations, I didn't see an accounting of the

18   money, but what I recollect is generally that that's

19   what happened.  Mr. Pattis would know -- I would

20   imagine Mr. Pattis would probably know more

21   definitively because he was there firsthand, I

22   think.

23      I just can't -- I'm telling you what I believe

24   I know, but I'm not trying to be misleading or

25   anything.

1       Q     Thank you.  I appreciate that.

2       So going back to your arrival in Connecticut on

3    January 7th, you went from -- you came from the

4    airport to Mr. Dulos's house.

5       Did you rent a car, or did somebody pick you

6    up?  How did you get to his house?

7       A     I took an Uber.

8       Q     Okay.  So when you arrived there, you

9    hadn't gone to the bank yet.

10      How long were you at the house before you went

11   to the bank to get the cashier's check for

12   Mr. Motuzick?

13      A     I don't know, maybe an hour, hour and a

14   half, two hours.  I guess we could look at the --

15   does the check have a timestamp on it?  I guess we

16   could look at that.  I don't -- but it wasn't very

17   long, maybe a matter of an hour and a half, two

18   hours.  It wasn't --

19      Q     Okay.

20      A     I mean, the matter at hand was the bond.

21      Q     Sure.

22      A     Yeah.

23      Q     And when you went to the bank, did you

24   inform Mr. Dulos's sister or anyone else at the

25   house that that is what you were going to do, that

1    you were going to the bank for the purposes of

2    getting a cashier's check to pay for Mr. Dulos's

3    bond?

4         A    Yeah, I think I answered that already.

5         Yes.  Ms. Kyrimis knew that, yes.

6         Q    Okay.  When you had -- when you were

7    discussing this fact with Ms. Kryimis, was there any

8    discussion with her at that time as to how the

9    balance of the premium, if any, was going to be

10   paid?

11        A    No.

12        Q    Okay.  Did she discuss with you any

13   efforts that she, her family members, or their

14   friends were taking in order to raise the necessary

15   funds to pay for such a bond premium?

16        A    I believe she knew that her daughters

17   were -- and her son-in-law in Athens -- connecting

18   with people to see, you know, if they would be able

19   to help with any -- anything at all.

20        Q    Okay.

21        A    Being collateral or -- I don't know what

22   they -- I wasn't part of those conversations, but --

23        Q    Okay.

24        A    -- it had been conveyed to me by Angelika

25   and her husband that they were connecting with

1    friends in Athens.

2        Q    And am I correct -- strike that.

3        Did Angelika or her sister or the friends ever

4    actually provide any money for the payment of the

5    bond premium for Mr. Dulos's release after he was

6    arrested for the murder?

7        A    They did not.

8        Q    Okay.

9            MR. BURNS:  Do you want to stop now?

10           VIDEOGRAPHER:  Okay.

11           MR. BURNS:  I think he has to change the

12       tape.

13           VIDEOGRAPHER:  This concludes media No. 2.

14           Going off record, 2:29.

15                (Whereupon, a brief recess was

16                held.)

17           VIDEOGRAPHER:  We're back on record,

18       2:32 p.m.

19           This marks the beginning of media three.

20   BY MR. BURNS:

21       Q    Ms. Curry, in addition to discussing the

22   bond premium in your initial calls with

23   Mr. Motuzick, you did mention that there was also

24   some discussion about -- him asking you about what

25   assets Mr. Dulos might also have available, is that

1    right?

2      A    That's right.  He asked generally, can you

3    send -- you know, if you can find any information

4    about any assets he has.

5      Q    Okay.  Was there any discussion about the

6    type of assets that he was looking for -- for

7    instance, real estate, stock holdings, et cetera --

8    or did it not get that specific?

9      A    I don't think it got that specific, but,

10   again, Mr. Motuzick had been in Mr. Dulos's life for

11   a couple of months, so, you know, he knew about the

12   homes that Mr. Dulos owned or Fore Group owned, so

13   that may have been why he didn't get specific.

14     Q    Okay.

15     A    And he -- you know, he may have had other

16   conversations, I don't know, but he did not get

17   specific with me.

18     Q    What did you understand him to mean when

19   he asked you to collect information concerning other

20   assets?

21     A    I understood him to mean -- meaning

22   paperwork about the properties that Mr. Dulos owned.

23   You know, that's all I knew, really.

24     Q    Okay.  And when you arrived in

25   Connecticut, did you have any discussions with

1  Mr. Dulos's sister or anyone else at the house

2  concerning securing these additional assets or

3  information concerning additional assets?

4      A    I don't -- I'm sure I mentioned it to Ms.

5  Kyrimis what Mr. Motuzick was asking for.  And I

6  think it became clear at that time that Mr. Motuzick

7  was exploring the use of collateral, so I think that

8  was also understood.  Again, Angelika had been in

9  touch with Mr. Motuzick, so I think she understood

10  that he was probably looking for some sources of

11  collateral.

12      And in the office of Mr. -- in the home office

13  of Mr. Dulos, that's where I found the spreadsheet

14  of his -- what appeared to be his assets and

15  liabilities and took a scan -- a screenshot of that

16  and e-mailed that to Mr. Motuzick.

17      Q    Where did you find this list of assets?

18      A    It was in his home office which was part

19  of his home at Four Jefferson Crossing.

20      Q    Where did you find them specifically?

21      A    It was probably on the middle table where

22  he, you know, sat and did whatever he was doing at

23  his computer.

24      Q    Had you ever seen that spreadsheet of

25  assets?

1    A    I don't -- I don't know if I had.  I may

2  had seen it laying around.  I can't say for sure.

3    Q    In addition to -- strike that.

4    When you went to look for documentation, were

5  you specifically looking for a spreadsheet that

6  contained that type of information or other --

7  strike that.

8    Were you looking -- were you specifically

9  looking for a spreadsheet or a listing of assets?

10   A    I looked -- I sort of glanced at what was

11 on his table and saw that.

12   Q    Okay.

13   A    And it was not dated.  Maybe I shouldn't

14 have sent that because it had no date on it.  So

15 that's -- you've got to be careful because you don't

16 know when those values are as of.

17   But it basically just had his properties

18 listed, I think it had his 401(k) on there, I think

19 I saw a car and a boat and a Jeep.

20   Q    Okay.

21   A    And, you know, again, I know -- I think

22 Mr. Motuzick had familiarity with his homes that he

23 owned.

24   Q    And --

25   A    I was just trying to say to Mark -- you

1    know, he said, do you have any paperwork, any

2    information?  And I found that, so.

3        Q    And you had -- and you sent that

4    information, the screenshots, to Mr. Motuzick, is

5    that correct?

6        A    Uh-huh.  Yes.

7        Q    Okay.  Were you able to find any other

8    documentation of assets that -- in the home, in

9    Mr. --

10        A    Not at that point in time.  Not for

11    Mr. Motuzick, no.

12        Q    All right.

13        And after you secured the cashier's check I'm

14    assuming on the afternoon of June -- July -- excuse

15    me -- January 7th of 2020, what did you do after you

16    left the bank?

17        A    Went back to the house, the Four Jefferson

18    Crossing house of Mr. Dulos.  And I think we began

19    preparing to return Ms. Kyrimis and her husband and

20    their granddaughter to the airport.

21        You know, there were a lot of phone calls going

22    on, a lot of people calling -- obviously this matter

23    was all over the news -- friends and -- the couple

24    friends he had, checking in.

25        I think it was mostly trying to prepare to get

1   ready to get them back to the airport for their

2   flight.

3        Q    Okay.  And I think you testified earlier

4   that you actually drove them to the airport that

5   evening?

6        A    I sure did.

7        Q    Okay.  And --

8        A    All the way back.

9        Q    And --

10       A    As if helping get a $6 million bond is not

11  enough to do, right?

12       Q    When -- at some point, am I correct --

13  well, strike that.

14       When you secured the cashier's check, did you

15  notify Mr. Motuzick?

16       A    I did.  I did let him know that I had

17  gotten that, yes.

18       Q    Did you make any arrangements to deliver

19  it to him?

20       A    I tried, yeah.  And he -- it was sort of

21  an elusive, you know, when can we meet, what

22  paperwork do you need, sort of from that evening

23  onto the next day on the 8th -- the morning of the

24  8th kind of all the way through to -- sort of into

25  the afternoon of the 8th of January.

1     Q     And at what point did there -- strike

2  that.

3        Did there come a time when it became apparent

4  that Mr. Motuzick wasn't going to be able to post

5  this bond?

6     A     Not -- not to me because, you know, the

7  trust had been placed in Mr. Motuzick.  That's what

8  Mr. Dulos had asked is that, you know, we're working

9  with Mr. -- he's going to work with Mr. Motuzick.

10  So, you know, Mr. Motuzick -- there were a lot of

11  phone conversations between myself and Mr. Motuzick.

12  And then apparently Mr. Motuzick was also having

13  conversations with Mr. Pattis and, you know,

14  Mr. Motuzick did express some odd concerns around

15  Mr. Dulos potentially fleeing, which is the first

16  time that had ever come up.

17        So into the morning of January 8th, I

18  arrived -- the only time I ever went into the

19  courthouse related to this matter.  Mr. Pattis asked

20  me to bring clothes for Mr. Dulos, so I arrived with

21  that and then, you know, Mr. Pattis asked me, is

22  Mark -- Mr. Motuzick coming?  And I said, well, I

23  asked him if he's coming, but he hasn't answered

24  whether he's coming this morning -- on

25  January 8th -- so I don't know, I can't be people's

1    messengers, you know, this is all -- but I said, I

2    understand.

3        It became apparent that there was an

4    arraignment -- well, there was an arraignment that

5    afternoon, I guess, for Mr. Dulos. And I think

6    Mr. Pattis and Smith wanted him out at that

7    arraignment so I guess they were not pleased that

8    Mr. Motuzick was -- had not committed to come that

9    morning.

10       I didn't really know the full process that

11   Mr. Motuzick was engaging in. I really had not been

12   given kind of a definitive timeline from him about

13   what he was doing or what more information he

14   needed. So it was just a little bit sort of fluid,

15   I guess you could say.

16       Q   Okay. And obviously at some point you

17   were -- you had contact with the defendants in this

18   matter, 24/7 Bail Bonds, Mr. Sobota, and Mr. Cao?

19       A   Mr. Smith later that morning reached out

20   to Mr. Cao, I believe, as an alternative to

21   Mr. Motuzick because they were -- I think Mr. Smith

22   made it clear that he's not a fan -- or whatever

23   word you'd like to use -- of Mr. Motuzick.

24       Q   Okay.

25       A   I don't have to now speak on his behalf --