EXHIBIT D

| PROPERTY | TYPE | LIST PRICE | APPRAISAL | DEBT | HOLDER | EQUITY |
|---|---|---|---|---|---|---|
| **FORE GROUP INC.** | | | | | | |
| 80 MOUNTAIN SPRING ROAD, FARMINGTON | HOUSE ON 5 ACRES | 2,750,000 | 2,500,000 | 1,750,000 | PEOPLE'S BANK | |
| 84 MOUNTAIN SPRING ROAD, FARMINGTON | LAND 2 ACRES | 300,000 | 185,000 | 170,000 | PEOPLE'S BANK | |
| 88 MOUNTAIN SPRING ROAD, FARMINGTON | LAND 2 ACRES | 300,000 | 185,000 | | | |
| 585 DEERCLIFF ROAD, AVON | LAND AND TEAR DOWN HOME 4.5 ACRES | 799,000 | | 600,000 | MARK AND HARRYMASIELLO | |
| 61 STURRRIDGE HILL ROAD, NEW CANAAN | HOUSE ON 2.5 ACRES | 4,449,000 | 4,300,000 | 2,795,000 | DANBURY SAVINGS BANK | |
| | | | | 500,000 | IOANNIS TOUTZIARIDIS | |
| | | | | 80,000 | VARIOUS LIENS | |
| | | | | 500,000 | PJR - FARBER ESTATE | |
| **FOTIS DULOS** | | | | | | |
| 4 JEFFERSON CROSSING | HOUSE ON 2 ACRES | 4,350,000 | | 2,300,000 | BNY MELLON | |
| | | | | 128,000 | FORE GROUP | |
| FORD RAPTOR | CAR | 25,000 | | | | |
| JEEP CHEROKEE | CAR | 10,000 | | | | |
| SKI NAUTIQUE 200 | SKI BOAT | 40,000 | | | | |
| FIDELITY | 401K | 370,000 | | 345,000 | | |
| | | | | | | |
| TOTAL | | 13,393,000 | | 8,858,000 | | 4,535,000 |

DEF-001