EXHIBIT F

Legislative Program Review

& Investigations Committee

# Bail Services In Connecticut

December 2003

# Table of Contents

**Bail Services in Connecticut**

**DIGEST**

**INTRODUCTION** 1

**1. RIGHT TO BAIL** 5

Constitutional Guarantees 5

Connecticut Bail Laws 7

Bail Options 7

Pre-Trial Bail Eligibility & Criteria 12

Post-Conviction Bail Eligibility 16

Technical Amendments to Bail Laws 17

**2. PRE-TRIAL BAIL RELEASE PROCESS** 19

Police Role 19

Bail Commissioner Role 21

Court Role 23

Bail Bondsman Role 24

Prosecutor Role 25

Public Defender Role 25

Correction Department Role 26

Bail Enforcement Agent Role 26

**3. LICENSING AND REGULATION** 27

Surety Insurance Companies 27

Licensing & Regulatory Authority 29

schedule was intended to serve as an incentive for bondsmen to promptly pay forfeited bonds.

Table 10 shows the current CSA compromise schedule for reduced payment of forfeited surety bail bonds.

The chief state's attorney's office reported most forfeited bonds are paid at a reduced rate within the first 30-day period. However, if payment is not made after 30 days, the chief state's attorney does not negotiate forfeited bond amounts. The total value of the bond is due and no partial payments are accepted. CSA can file a civil suit against the insurer and/or bail bondsman for a judgment to collect the debt. In the past 10 years, CSA has litigated only two cases.

| Table 10. Chief State's Attorney Surety Bond Compromise Schedule | |
| --- | --- |
| *After Stay Period, Payment Made Within:* | *Percentage of Total Bond Amount Paid:* |
| 7 days | 50% |
| Between 8 and 30 days | 75% |
| After 30 days | 100% |
| No interest is charged on balance due after 30 days. | |
| Source: Office of the Chief State's Attorney | |

Table 11 shows the total amount of forfeited surety bonds and the total amount paid in accordance with the compromise schedule. Since 1999, almost $35 million in bonds have been forfeited and the chief state's attorney's office has collected about $22 million. Over the previous four years, the chief state's attorney's office has agreed to not pursue about 40 percent of the total bond amount owed to the state through its compromise schedule. However, during 2003, it has collected over 80 percent of the total forfeited bond amount owed.