EXHIBIT G

NO: FST-CR20-0241180T
    FST-CR19-0148554T
    FST-CR19-0167343T

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | JUDICIAL DISTRICT<br>OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD, CONNECTICUT |
| DULOS, FOTIS | : | JANUARY 29, 2020 |

BEFORE THE HONORABLE GARY WHITE, JUDGE

A P P E A R A N C E S:

Representing the State

    ATTORNEY RICHARD COLANGELO
    State's Attorneys' Office
    123 Hoyt Street
    Stamford, CT 06905

Representing the Defendant:

    ATTORNEY NORMAN PATTIS
    ATTORNEY KEVIN SMITH
    Pattis and Smith Law Firm
    383 Orange Street
    New Haven, CT 06511

Recorded By:
Lisa Franchina

Transcribed By:
Lisa Franchina
123 Hoyt Street - 3rd Floor
Stamford, CT 06905

1    ATTY. COLANGELO:  Good afternoon, Your Honor.

2    THE COURT:  Good afternoon.

3    ATTY. COLANGELO:  Richard Colangelo for the

4    State in the matters of Fotis Dulos, lines 4, 5 and 6

5    on the pre-trial docket.

6    ATTY. PATTIS:  Norm Pattis, on behalf of Mr.

7    Dulos, Judge.

8    ATTY. SMITH:  Kevin Smith, on behalf of Mr.

9    Dulos, Your Honor.

10    THE COURT:  All right.

11    ATTY. COLANGELO:  Your Honor, we are here on a

12    motion to revoke bond filed by Attorney McGuigan on

13    behalf the Surety -- of Palmetto Surety.  In -- in

14    speaking with counsel, Your Honor, I believe that

15    motion is going to go off until such time as Mr.

16    Dulos is medically able to return to Connecticut.

17    I'm going to be asking, Your Honor, and I

18    believe counsel is going to agree to this request.

19    That you order Mr. Dulos re-arrested in his four

20    files and that Your Honor indicated that you would

21    increase the bond in the murder case nominally.

22    And that, I'm going to ask that the re-arrest be

23    extraditable.  I will indicate on the record that --

24    well, Attorney Pattis, if this is extraditable,

25    what's your position on --

26    ATTY. PATTIS:  No, we -- we are agreeing to

27    waive extradition.  The reason we're entering into

this agreement is -- I've had an opportunity to see
Mr. Dulos and his medical condition is dire. The
negotiated agreement were reaching will make possible
his family's having access to him in the days to
come.

In the event that he recovers, we will waive
extradition and are putting that on the record right
now. And I believe this date has --

ATTY. COLANGELO: I will just jump in from
there, Your Honor. If he is medically able to, and
he waives extradition, I will do my best to insure
that Mr. Pattis -- or Attorney Pattis or Attorney
Smith accompanies him back to Connecticut.

And I am not going to arguing at that time, that
if he's medically able and shows back up here, that
he should have any other conditions of release other
than he has today.

I would just ask that, at that time, I know that
Attorney McGuigan is going to want to visit his
motion so that any bonds that are posted are properly
backed through the position -- or the sureties for
him to set up for are through the state.

THE COURT: I take it that if Mr. Dulos is
sufficiently recovered, he will return with Mr.
Pattis, and at that time, Mr. Pattis can make a
motion to vacate the re-arrest and I'm open to
granting that.

1          ATTY. COLANGELO:  Which I won't oppose, Your

2     Honor, correct.

3          ATTY. PATTIS:  That's what we're asking you to

4     approve, sir.

5          THE COURT:  All right.  And I also take it that

6     the State of Connecticut is in contact with the New

7     York authorities and they will supervise or watch Mr.

8     Dulos while he goes through his --

9          ATTY. COLANGELO:  They'll monitor --

10         THE COURT:   -- treatment?

11         ATTY. COLANGELO:  They'll monitor it, Your

12    Honor, to the extent that they can.  I know that the

13    police are in the hospital to prevent individuals

14    trying to come in so there are police set up to

15    prevent, honestly, the media and others from trying

16    to come and see Mr. Dulos.

17         ATTY. PATTIS:  There are two officers, Judge.

18    One at the unit and the other in -- outside of his

19    room, and they intend to maintain their presence.

20    I've met with the hospital administration and they're

21    aware of his situation.

22         He's also on a -- the functional equivalent of a

23    psychiatric hold.  So if he were spontaneously to

24    recover at this moment and ask to leave, he would not

25    be free to leave.

26         THE COURT:  All right.  Anything else,

27    gentlemen?

1      ATTY. PATTIS: Nothing from the defense, sir.

2      ATTY. COLANGELO: No, Your Honor.

3      THE COURT: Okay. I'm going to accept your

4    agreement and I'm going to order the defendant re-

5    arrested on each of the files, and on the murder

6    file, I'm going to raise the bond by $500,000 and I

7    will leave the bonds where they are on the other

8    files.

9      ATTY. PATTIS: Thank you, sir.

10     THE COURT: All right.

11     ATTY. COLANGELO: Thank you, Your Honor.

12     THE COURT: Thank you very much.

13     ATTY. PATTIS: We need a report back date or?

14     ATTY. COLANGELO: We'll just --

15     ATTY. PATTIS: I'll stay in touch with Attorney

16   Colangelo.

17     THE COURT: All right. You can do that and --

18     ATTY. COLANGELO: Thank you.

19     THE COURT: -- just keep the Court informed.

20     ATTY. PATTIS: Yes, sir.

21     THE COURT: Okay. Thank you very much.

22     ATTY. COLANGELO: Thank you, Your Honor.

23     THE COURT: All right.

24              X X X X X X

25

26

27

NO: FST-CR20-0241180T
    FST-CR19-0148554T
    FST-CR19-0167343T

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | JUDICIAL DISTRICT<br>OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD, CONNECTICUT |
| DULOS, FOTIS | : | JANUARY 29, 2020 |

## C E R T I F I C A T I O N

       I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Stamford/Norwalk, Connecticut, before the Honorable Gary White, on the 29th day of January, 2020.

       Dated this 16th day of March, 2021, in Stamford, Connecticut.

_____

                          _____
                          Lisa Franchina
                          Court Recording Monitor