UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

ANNA CURRY                                                                                  No. 3:21 cv 00221 (SRU)

VS.

PALMETTO SURETY CORPORATION,
et. al.

SEPTEMBER 5, 2023

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Attorney Jonathan J. Einhorn ("Movant") hereby moves for permission to withdraw his appearance on behalf of Plaintiff Anna Curry ("Plaintiff") and states as reasons therefor:

1.	Good cause supports this motion. To date, Plaintiff has failed to follow Movant's legal advice on a regular basis. In particular, and in no way impinging upon Plaintiff's privilege to maintain attorney-client confidentiality, said advice has pertained in general to the lawyer's obligation and responsibility to make determinations of legal strategy and argument, which she does not recognize as being excluded from her role as a client.

2.	In addition, from time to time during Movant's representation, Plaintiff has criticized counsels' abilities to such an extent that, in no way impinging upon Plaintiff's privilege to maintain attorney-client confidentiality, said comments have caused Movant to believe Plaintiff does not possess the requisite confidence and trust in Movant and his advice to support a functional attorney-client relationship.

1

3. In light of the facts articulated in Paragraphs 1 and 2, the attorney-client relationship between Movant and Plaintiff has broken down irretrievably.

4. Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Movant has advised Plaintiff in writing of the possibility of dismissal and/or default if the instant motion is granted and she does not arrange for successor counsel and/or file an individual appearance.

5. The undersigned was only engaged to represent Plaintiff through Summary Judgment, in any event.

Therefore, Movant has forwarded copies of this motion electronically and by certified mail, return receipt requested, to Plaintiff to ensure she has specific knowledge of the pendency of this motion and awareness of the consequences of its disposition.

WHEREFORE, Movant moves for permission to withdraw his appearance on behalf of Plaintiff. In light of the various pending summary judgment motions , the undersigned would ask that his withdrawal be deferred until after a ruling on these motions.

        THE MOVANT

        Respectfully Submitted,

        BY */s/ Jonathan J. Einhorn*
        JONATHAN J. EINHORN
        129 WHITNEY AVENUE
        NEW HAVEN, CT 06510
        FED BAR ct 00163
        203-777-3777
        einhornlawoffice@gmail.com

## CERTIFICATION

    I hereby certify that on this 5th day of September, 2023, a copy of the foregoing Statement was filed electronically or served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Courts CM/ECF System.

                                            /s/ *Jonathan J. Einhorn*
                                            JONATHAN J. EINHORN