Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill
DEPUTY CLERK: J. Reis
RPTR/ECRO/TAPE: Melissa Cianciullo
TOTAL TIME: 2 hours 16 minutes
DATE: 11/28/2023   START TIME: 9:36 AM   END TIME: 11:52 AM
LUNCH RECESS  FROM:            TO:
RECESS (if more than ½ hr)  FROM:            TO:

CIVIL NO. 3:21-cv-00221-SRU

CURRY
vs
PAMETTO SURETY CORPORATION

Alison P. Baker
Plaintiff's Counsel

Barrett Brewer and Joseph Bree Burns
Defendant's Counsel

# COURTROOM MINUTES- CIVIL

☑ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ # 115 Motion to Strike Defendant's Jury Claim — ☐ granted ☐ denied ☐ advisement
☑ # 116 Motion to Compel by Plaintiff — ☐ granted ☐ denied ☐ advisement
☑ # 120 Motion for Summary Judgment by Plaintiff — ☐ granted ☐ denied ☐ advisement
☑ # 125 Motion for Summary Judgment by Plaintiff — ☐ granted ☐ denied ☐ advisement
☑ # 126 Motion for Summary Judgment by Defendants — ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion — ☐ granted ☐ denied ☐ advisement
☐ # ___ Motion — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ ___ ☐ filed ☐ docketed
☐ Hearing continued until ___ at ___

Notes: Second amended complaint shall be filed in 7 days. Plaintiff's supplemental briefing shall be filed 3 weeks from today. Defendants' objections shall be filed 2 weeks following.