# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNA K. CURRY | : | NO. 3:21-CV-00221 (SRU) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| PALMETTO SURETY CORPORATION, | : | |
| 24/7 BAIL BONDS, LLC, WILLIAM | : | |
| SOBOTA, and JERRY CAO | : | |
| *Defendants* | : | MARCH 4, 2024 |

MAR 5 2024 PM 2:05
FILED-USDC-CT-HARTFORD

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), A. Ryan McGuigan, attorney of record for Palmetto Surety Corp., 24/7 Bailbonds, LLC, William Sobota and Jerry Cao (the **"Defendants"**), hereby moves for permission to withdraw as counsel for the Defendants in this action.

Movants shall continue to be represented by co-counsel, Attorney Joseph B. Burns and Attorney Barret Brewer, Pro Hac Vice.

Wherefore, it is respectfully requested that this instant motion be granted, and permission given to withdraw as counsel for the Defendants.

PALMETTO SURETY CORPORATION,
24/7 BAILBONDS, LLC, WILLIAM
SOBOTA and JERRY CAO,

By: */s/ A. Ryan McGuigan*

A. Ryan McGuigan, Esq.

Fed. Bar. No. ct24571

11 Interlaken Road

Lakeville, CT 06039

860-995-5742

1

Arjm71@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ A. Ryan McGuigan*
                                              A. Ryan McGuigan